UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| RODERICK HYMON,<br><br>Plaintiff,<br><br>v.<br><br>D. JONES; P#8120, et al.,<br><br>Defendants. | Case No.: 2:23-cv-01917-RFB-BNW<br><br>**ORDER**<br><br>(ECF No. 1) |

Plaintiff Roderick Hymon brings this civil-rights action under 42 U.S.C. § 1983 to redress constitutional violations that allegedly happened while he was detained or incarcerated at Clark County Detention Center ("CCDC"). ECF No. 1-1. Plaintiff filed an application to proceed *in forma pauperis* for an inmate. ECF No. 1. According to the CCDC inmate database, Plaintiff is no longer at that facility. But Plaintiff has not filed his updated address with the Court as required by LR IA 3-1. And Plaintiff's application to proceed *in forma pauperis* for an inmate is moot because he is no longer detained or incarcerated.

IT IS THEREFORE ORDERED that the application to proceed *in forma pauperis* for an inmate (ECF No. 1) is denied.

IT IS FURTHER ORDERED that Plaintiff has **until June 21, 2024**, to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* for non-inmates.

IT IS FURTHER ORDERED that Plaintiff has **until June 21, 2024**, to file his updated address with the Court.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can provide the Court his updated address and file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Roderick Hymon the approved form

application to proceed *in forma pauperis* for non-inmates and instructions for the same and retain the complaint (ECF No. 1), but not file it at this time.

IT IS SO ORDERED.

DATED:   May 28, 2024.


_____
UNITED STATES MAGISTRATE JUDGE